UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 10  AM 11: 19

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| GERALD MILLER, | |
| Plaintiff, | |
| v. | Case No. CV607-50 |
| WAYNE JOHNSON, MICHAEL KARPF, SPENCER LAWTON, GREGORY MCCONNELL, THURBERT BAKER, PAULA SMITH, JOHN AND JANE DOE SMITH STATE PRISON MAIL-ROOM PERSONNEL, and JOHN AND JANE DOE GLENNVILLE POSTALWORKERS, | |
| Defendants. | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 10 day of Oct, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA