UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 29  AM 11: 01

CLERK  M. A. Hill
SO. DIST. OF GA.

GERALD H. MILLER,

    Plaintiff,

v.              607CV050

WAYNE JOHNSON, *et al.*

    Defendants.

### ORDER

42 U.S.C. § 1983 inmate-plaintiff Gerald H. Miller's motion (doc. # 16) to alter or amend the Court's Judgment is ***DENIED***. Miller continues to argue how he was prejudiced (*i.e.*, that he would have prevailed in seeking relief from the U.S. Supreme Court) by the alleged destruction of his prison mail. *See* doc. # 8 at 4.

This 26 day of October, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA